# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

### JUDGMENT IN A CIVIL CASE

JOSHUA R. GILLEY,

    Petitioner,

v.        Case No. 23-03073-CV-S-BP-P

WARDEN RICHARD ADAMS,

    Respondent.

- ☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: This case is DISMISSED as having been untimely filed. The Court DECLINES to issue a certificate of appealability.

Entered on: May 16, 2023

    PAIGE WYMORE-WYNN
    CLERK OF COURT

    /s/ K. Willis
    (By) Deputy Clerk